884 A.2d 1263

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. FORREST COVIN, DEFENDANT–PETITIONER.

October 26, 2005.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

884 A.2d 1263

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MYRON GARLAND, DEFENDANT–PETITIONER.

October 26, 2005.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).